**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James L. Harmon                                          CHAPTER 13
                    Debtor(s)
                                                                BKY. NO. 22-10291 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                  /s/ *Michael Farrington*
                                  Michael Farrington
                                  05 Jan 2024, 15:55:19, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322