**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES L. HARMON | : | |
| | : | |
| DEBTOR | : | NO. 22-10291 (PMM) |

### ORDER OF VOLUNTARY DISMISSAL

**AND NOW**, this 21st day of August, 2024, it is hereby

**ORDERED** and **DECREED** that the Chapter 13 Bankruptcy case of the above-captioned debtor is **DISMISSED**, and it is further

**ORDERED** that any wage orders are hereby **VACATED**.

BY THE COURT:

*Patricia M. Mayer*

_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE