United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 22-10291-pmm
James L. Harmon   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Aug 21, 2024      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L. Harmon, 252 Sherbrook Boulevard, Upper Darby, PA 19082-4619 |
| 14667484 | | Crozer Keystone Health System, P.O. Box 8500-6355, Philadelphia, PA 19178-6355 |
| 14667476 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14667485 | | Delmarva Collection, P.O. Box 37, Salisbury, MD 21803-0037 |
| 14667486 | + | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14844759 | + | Nationstar Mortgage LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669277 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14669448 | + | Nationstar Mortgage LLC dba, Mr. Cooper, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14667494 | + | Peninsula Cardiology Associates, P.A., P.O. Box 49, Salisbury, MD 21803-0049 |
| 14667495 | + | RCN, P.O. Box 11816, Newark, NJ 07101-8116 |
| 14667496 | #+ | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14687078 | + | Upper Darby Township, c/o James R. Wood, Esq., 2700 Horizon Drive, Ste 100, King of Prussia, PA 19406-2726 |
| 14686901 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14686902 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 00:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14667479 | + | Email/Text: g17768@att.com | Aug 22 2024 00:26:00 | AT&T Corporation, c/o Karen Cavagnero, Esquire, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14667480 | | Email/Text: info@bayareareceivables.com | Aug 22 2024 00:26:00 | Bay Area Receivables Inc., 714 Eastern Shore Drive, Salisbury, MD 21804-5953 |
| 14667481 | + | Email/Text: kellyp@ccpdocs.com | Aug 22 2024 00:26:00 | Cardiology Consultants, 207 North Broad Street, 3rd. Floor, Philadelphia, PA 19107-1500 |
| 14667482 | + | Email/Text: bankruptcy@credencerm.com | Aug 22 2024 00:26:00 | Credence Resource Management, P.O. Box 2300, Southgate, MI 48195-4300 |
| 14667483 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 22 2024 00:26:00 | Credit Collection Sevices, P.O. Box 710, Norwood, MA 02062-0710 |

Case 22-10291-pmm   Doc 58   Filed 08/23/24   Entered 08/24/24 00:32:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14681808 | ^ | MEBN | Aug 22 2024 00:12:40 | Federal Pacific Credit Co. LLC, PO Box 27198, Salt Lake City, UT 84127-0198 |
| 14667487 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 22 2024 00:43:47 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14667478 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 22 2024 00:26:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14667488 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 00:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14667489 | ^ | MEBN | Aug 22 2024 00:12:47 | Jefferson Health, P.O. Box 785992, Philadelphia, PA 19178-5992 |
| 14668906 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:27:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14667490 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:28:10 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14667491 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2024 00:26:00 | Midland Credit Management Inc., 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 14669300 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2024 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14669278 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 00:26:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14667492 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 00:26:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14682525 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 00:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14667493 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2024 00:26:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14675189 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2024 00:26:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14678011 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2024 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14667498 | | Email/Text: bankruptcydepartment@tsico.com | Aug 22 2024 00:26:00 | US Asset Management Inc., c/o EOS CCA, P.O. Box 5055, Norwell, MA 02061-5055 |
| 14667497 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Aug 22 2024 00:26:00 | United Auto Credit Corporation, P.O. Box 163049, Fort Worth, TX 76161-3049 |
| 14667499 | + | Email/Text: webadmin@vhllc.co | Aug 22 2024 00:26:00 | Vance and Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 14683270 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:27:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14667477 | *+ | James L. Harmon, 252 Sherbrook Boulevard, Upper Darby, PA 19082-4619 |
| 14669564 | *+ | Nationstar Mortgage LLC dba, Mr. Cooper, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 41 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DAVID B. SPITOFSKY | on behalf of Debtor James L. Harmon spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :    CHAPTER 13
                          :
**JAMES L. HARMON**       :
                          :
        DEBTOR            :    NO. 22-10291 (PMM)

**ORDER OF VOLUNTARY DISMISSAL**

**AND NOW**, this 21st day of August, 2024, it is hereby

**ORDERED** and **DECREED** that the Chapter 13 Bankruptcy case of the above-captioned debtor is **DISMISSED**, and it is further

**ORDERED** that any wage orders are hereby **VACATED**.

BY THE COURT:

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE